Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)    FILED 30 OCT '25 10:15USDC-ORP

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Dennis James Sanders | ) Case No. \_\_3:24-cv-01919-CL\_\_ |
| Plaintiff(s) | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| "See Attached" | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Form 39.010

Portland Police Bureau
Officer: McAbery
Shield#59217

Portland Police Bureau
Officer: LeCarno
Shield#57549

Portland Police Bureau
Officer: Ensley
Shield#57579

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Dennis James Sanders

All other names by which you have been known:

ID Number   Sicl# 5977152

Current Institution   Columbia River Corrections

Address   9111 NE Sunderland Ave

Portland   Or.   97211
City   State   Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   Officer: McAbery

Job or Title *(if known)*   Portland Police

Shield Number   #5931

Employer   Portland Police Bureau

Address   Portland Police Bureau: 1111 SW 2 Ave

Portland   Or.   97201
City   State   Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name   Officer: LeCarno

Job or Title *(if known)*   Portland Police

Shield Number   #57549

Employer   Portland Police Bureau

Address   1111 SW 2 Ave.

Portland   Or.   97201
City   State   Zip Code

☐ Individual capacity   ☒ Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name | Officer: Ensley
Job or Title *(if known)* | Portland Police Officer
Shield Number | #57579
Employer | Portland Police Bureau
Address | 1111 SW 2nd Ave.
| Portland           Or.      97201

| City | State | Zip Code |

☐ Individual capacity   ☒ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Shield Number
Employer
Address

| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force, Mental Anguish, Mental Deress

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Form 39.010**

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"SEE Attached"

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"SEE Attached"

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

6.40911

#2    Officer: McAbery (Shield #59217) and Officer:
LeCarno (Shield #57549) and Officer: Ensley
(Shield #57579)

Come around the corner "Harvey Milk Rd."
Seen a gun in the doorway of the Apartments I
Seen 2 Officers up the street I yelled out gun
then picked it up because they didn't hear me.
I then put the gun in my pocket and walked
down to them.

#IV.    Statement of Claim

A.) April 9, 2024/Time: 9:00Am
Place: Harvey Milk Rd.

B.) N/A

C.) Harvey Milk Rd.
Time: 9:00 Am

D.)  Come around the corner of "Harvey Milk Rd."
Seen a gun in the doorway of the Apartments, I
Seen 2 Officers down the street I yelled out
gun! Then picked it up and put it in my pocket
Because they didn't hear me and walked down
to them.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Harvey milk Rd. / Time: 9:00 Am

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"See Attached"

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"See Attached"

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

 Yes

No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?


N/A

2.    What did you claim in your grievance?


N/A

3.    What was the result, if any?


N/A

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*


N/A

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:


Because it was outside ~~the~~

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:


"See Attaced"

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Notifed Independent Police Bocird.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?


☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) Dennis James Saunders

Defendant(s) Officer: McAbery, Officer LeCarno, Officer Ensley

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

3:24-cv-01919-CR

4.   Name of Judge assigned to your case

Mark D. Clarke

5.   Approximate date of filing lawsuit

November 14, 2024

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

On Going

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Page 10 of 11

**Form 39.010**

V.) "Injuries"
- Head injuries, Neck injuries, Face injuries, Heart.

- ● Oxycodine for neck, Heart a number of medications
(Entresto 24-26 mg) twice a day for heart.
They gave me a IV for four days.
Bandages for my (Face, and Head).
Had to lance a Cist off my back from the Tazer.

VI.) Relief:
- Hospital/Ambulance Bills
- $500,000,000 ● Punitive Damages.
Terminate: Officer: McAbery, Officer: LeCarro,
Officer: Ensley

VII.) "Exhaustion Of Remedies"
F.2.) Legal Attorney: Caroll Fay: Repasentation in Court
Tort Claim.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-23-25

Signature of Plaintiff

Printed Name of Plaintiff    Dennis James Scinelers

Prison Identification #    5977182

Prison Address    9111 NE Sunderland Ave.

Portland        Or.      97211
          *City*                    *State*        *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

          _____
          *City*                    *State*        *Zip Code*

Telephone Number    _____

E-mail Address    _____

Form 39.010

AGGRAVATED ASSAULT

*[handwritten: PUNCHES]*

## Portland Police Bureau
### DA INTERFACE RELEASE

CASE NUMBER
GO 42 2023-301290

---

### Force Data Collection Report

Page 2 of 4

CASE # 2023-301290    OFFICER Lecarno    DPSST 57549    ☑ AMENDED

#### DE-ESCALATION TECHNIQUES

| | | |
|---|---|---|
| ☐ AVOID PHYSICAL CONFRONTATION | ☐ USE OF BARRIERS | ☐ COMMUNICATE FROM A DISTANCE |
| ☐ USE OF CONCEALMENT | ☐ USE OF COVER | ☐ DISTANCE | ☐ TIME | ☑ TACTICS |
| ☑ SAFE POSITION | ☑ NUMBER OF OFFICERS | ☑ VERBAL TECHNIQUES | ☐ OTHER | ☐ NONE |

EXPLAIN WHY NO DE-ESCALATION TECHNIQUES WERE USED/ATTEMPTED OR DESCRIBE TECHNIQUES USED/ATTEMPTED
- Tactics: We attempted 2 on 1 handcuffing to take Sanders into custody in accordance with training.
- Safe Position: Officer Mcabery and I moved to either side of Sanders so we would each be able to control his arms.
- Number of Officers: I moved to take Sanders into custody with a cover officer.
- Verbal Techniques: I gave Sanders a force warning and told him he was under arrest before touching him. During the force event, I told him I was going to tase him if he didn't lay down on his stomach. I also told him the arrest was not a big deal.

*[handwritten right margin: Don't say I touch him then tase I said ...]*

#### USE OF FORCE WAS NECESSARY TO

☑ PREVENT OR TERMINATE THE COMMISSION OF AN OFFENSE
☑ LAWFULLY TAKE A PERSON INTO CUSTODY, MAKE AN ARREST, OR PREVENT AN ESCAPE
☐ PREVENT A SUICIDE OR SERIOUS SELF-INFLICTED INJURY
☑ DEFEND THE MEMBER OR OTHER PERSON FROM THE USE OF PHYSICAL FORCE
☐ ACCOMPLISH SOME OFFICIAL PURPOSE THAT IS AUTHORIZED BY LAW OR JUDICIAL DECREE

#### CHRONOLOGICAL USE OF FORCE

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Control Against Resistance | Yes | Left Arm | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you"

DESCRIBE THIS USE OF FORCE
As officer Mcabery and I reached for Sanders' arms, he raised his fists and took a fighting stance as he shuffled back away from us. I attempted to take control his left arm but could not maintain my grip because he was swinging his arms to throw punches at Officer Mcabery and I. *[handwritten: Not in Video or witness saying]*

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Kick/Strike | Yes | Face | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you" *[handwritten: AGAIN Not said]*

DESCRIBE THIS USE OF FORCE
I struck Sanders in the face with a closed fist. I swung at him three times, missing twice. I believe I only hit him once as he was moving his head from side to side. *[handwritten: Because for the 2 punches. Pictures will show, picked, choked]*

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Take Down | Yes | Back | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you" *[handwritten: there I was & drug on pavement also he states I tased me]*

DESCRIBE THIS USE OF FORCE
Ofc. Mcabery was able to gain control of Sanders' right arm and began pulling him down. Sanders was against the wall. I moved to Sander's back to try to control his left arm and assisted Ofc. Mcabery in getting Sanders to the ground. He was able to brace himself against the wall and used his left arm to keep from going all the way down on his stomach. He ended up on his knees and his left hand on the ground.

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | CEW | Yes | Back | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I told Sanders to lay down or he would get tased. *[handwritten: Not said, again]*

| EOW TYPE | DISTANCE | SERIAL # | CARTRIDGE # | ATTEMPT HANDS ON CONTROL | PAIN COMPLIANCE |
|---|---|---|---|---|---|
| Drive Stun | Contact | X4001HATE | | Yes | Yes, Why |

© USE OF FORCE 01.09.23

DA# 2473223

# Portland Police Bureau
## DA INTERFACE RELEASE

WRIGHT told me he had been waiting for officers to give him the okay to tow a recovered vehicle. WRIGHT told me he saw one officer get information from the subject and return to his car while another officer stood with the subject.

WRIGHT said the first officer returned, a moment appeared to pass as the officers said something to the subject, and the subject then moved as if to run away from the officers. WRIGHT told me it looked like the officers fell or tackled the subject. WRIGHT told me the subject continued to fight the officers who "just held him" and "they couldn't do anything really" until more officers arrived.

WRIGHT showed me a video he recorded on his phone of part of the incident. I recorded this video on my phone as he played it back on his phone. I couldn't make out any discernable audio so I provided WRIGHT my card and requested he email me the video as well. I will upload the video I recorded to DIMS.

I found one security camera on the north side of Harvey Milk St. but confirmed with a building employee the camera did not point in the direction of the incident.

Nothing further at this time.

MYRON WRIGHT
0236 S.E. 136th
Port. Ore. 97211
503-449-7988

## Portland Police Bureau
### DA INTERFACE RELEASE

GO 42 2024-86721

### *Force Data Collection Report*

Page 2 of 4

CASE # 2024-86721    OFFICER Lecarno    DPSST 57549    ☑ AMENDED

### DE-ESCALATION TECHNIQUES

| | | |
|---|---|---|
| ☐ AVOID PHYSICAL CONFRONTATION | ☐ USE OF BARRIERS | ☐ COMMUNICATE FROM A DISTANCE |
| ☐ USE OF CONCEALMENT | ☐ USE OF COVER | ☐ DISTANCE    ☐ TIME    ☑ TACTICS |
| ☑ SAFE POSITION | ☑ NUMBER OF OFFICERS | ☑ VERBAL TECHNIQUES    ☐ OTHER    ☐ NONE |

EXPLAIN WHY NO DE-ESCALATION TECHNIQUES WERE USED/ATTEMPTED OR DESCRIBE TECHNIQUES USED/ATTEMPTED
- Tactics: We attempted 2 on 1 handcuffing to take Sanders into custody in accordance with training.
- Safe Position: Officer Mcabery and I moved to either side of Sanders so we would each be able to control his arms.
- Number of Officers: I moved to take Sanders into custody with a cover officer.
- Verbal Techniques: I gave Sanders a force warning and told him he was under arrest before touching him. During the force event, I told him I was going to tase him if he didn't lay down on his stomach. I also told him the arrest was not a big deal.

### USE OF FORCE WAS NECESSARY TO

☑ PREVENT OR TERMINATE THE COMMISSION OF AN OFFENSE

☑ LAWFULLY TAKE A PERSON INTO CUSTODY, MAKE AN ARREST, OR PREVENT AN ESCAPE

☐ PREVENT A SUICIDE OR SERIOUS SELF-INFLICTED INJURY

☑ DEFEND THE MEMBER OR OTHER PERSON FROM THE USE OF PHYSICAL FORCE

☐ ACCOMPLISH SOME OFFICIAL PURPOSE THAT IS AUTHORIZED BY LAW OR JUDICIAL DECREE

### CHRONOLOGICAL USE OF FORCE

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Control Against Resistance | Yes | Left Arm | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you"

DESCRIBE THIS USE OF FORCE
As officer Mcabery and I reached for Sanders' arms, he raised his fists and took a fighting stance as he shuffled back away from us. I attempted to take control his left arm but could not maintain my grip because he was swinging his arms to throw punches at Officer Mcabery and I.

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Kick/Strike | Yes | Face | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you"

DESCRIBE THIS USE OF FORCE
I struck Sanders in the face with a closed fist. I swung at him three times, missing twice. I believe I only hit him once as he was moving his head from side to side.

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | Take Down | Yes | Back | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I said "you're under arrest, don't resist or force will be used against you"

DESCRIBE THIS USE OF FORCE
Ofc. Mcabery was able to gain control of Sanders' right arm and began pulling him down. Sanders was against the wall. I moved to Sander's back to try to control his left arm and assisted Ofc. Mcabery in getting Sanders to the ground. He was able to brace himself against the wall and used his left arm to keep from going all the way down on his stomach. He ended up on his knees and his left hand on the ground.

| RESISTANCE | WARNING | FORCE | CONT. RESIST. | TARGET LOCATION | RE-EVALUATE |
|---|---|---|---|---|---|
| Active | Yes | CEW | Yes | Back | Yes |

EXPLANATION OF WARNING GIVEN/NOT GIVEN
I told Sanders to lay down or he would get tased.

| ECW TYPE | DISTANCE | SERIAL # | CARTRIDGE # | ATTEMPT HANDS ON CONTROL | PAIN COMPLIANCE |
|---|---|---|---|---|---|
| Drive Stun | Contact | X4001HATE | | Yes | Yes, Why |

© USE OF FORCE 01.09.23

**MULTNOMAH COUNTY**

Notice of Tort
second time
Filed,

Multnomah
County

C/O CorVel Corporation,
PO Box 669
Chino, CA 91708
Fax#: 866-402-4409
E-Mail: Bob_Burton@CorVel.com

## TORT CLAIM FORM

**Claimant Information**

1. Claimant name: SANDERS    DENNIS    JAMES    12-18-63
   Last Name  # 7122    First    Middle    Date of Birth (mm/dd/yyyy)

2. Current residential address:

3. Mailing address (if different): MCDC
   11540 N.E. INVERNESS DR. Port ORE, 97220

4. Claimant's telephone number:
   Home  N/A    Alternate  N/A

5. Claimant's email address:  N/A

**Incident Information**

6. Date of Incident: April 9th 2024    Time: 8:00 AM a.m.  p.m.

7. Location of incident: ON 11th OR 10th AN HAVEY Mill Road

8. Description of incident: Portland Police Kicked, Punched, Hit, Tased
   AN Drug my face AN Head Down The side walk
   HERE is some of Admithnesses of Tasing + Punches
   But Pictures AN Video Show The Rest AND Chocked
   ME out with FANNY PACK Belt

9. Police report? (yes)    no  If yes, please provide the report number and the police agency name (City, County or State)
   Report Number: Portland OREGON
   Multnoma    Police Agency Name: Portland Police Burea

**State Agency**

10. Name of State agency involved and why you believe they are responsible for your damage/injury.
    OREGON This was Mental Anqwish or Mental Dept
    AN Police Brotality AND Assault AND Excessive
    Force,

11. Name of employee (if applicable): Officer MCABERY

12. If injuries occurred, please complete the bodily injury questionnaire. Pictures + Video

CONTACT Ms. FAY CALAII AT AttEiNEYs office

503-226-3083

Form No. DAS-RM Standard form

# MULTNOMAH COUNTY


Multnomah
County

C/O CorVel Corporation,
PO Box 669
Chino, CA 91708
Fax#: 866-402-4409
E-Mail: Bob_Burton@CorVel.com

**Damages**

13. If property damage occurred, describe it below and list and provide photographs and 2 estimates.

CONTACT FAY CARKOL for Thum DRIVE OF Pictures AN VIDEO 503-226-3083
PLEASE + ThANK You

**Witnesses**

14. Witness name, address, phone number and relationship:

MYRON WRight
6236 SE. 136th
PortlAnd, ORE. 97211
# 503-449-7988

**Bodily Injury Questionnaire: IMPORTANT: We are required by federal law to obtain the information in questions 15 through 17. Failure to provide this information will result in delays in resolving your claim. You can find further information at <u>Centers for Medicare and Medicaid Services - Home Website.</u>**

**Bodily Injury Questionnaire**

15. Last Name SANdERS    First name DENNIS    Middle initial JAMES

16. Date of Birth (mm/dd/yyyy) 12-18-63    17. Gender (M) F

18. Is this related to an auto accident? (If no, skip to question 22)

19. If yes, where were you seated in vehicle?

Driver Front right passenger Rear right passenger Rear left passenger Other _____

20. Seatbelt used? Yes    No    What kind? Lap Shoulder None

21. Did the airbag deploy?    Yes    No

22. Describe your injury: FACE HEAD NECK AN Both sides of face.

23. When did you first notice you were injured? Right AWAY

24. Have you sought medical treatment? (Yes) No    25. If yes, list the medical providers you have seen: Hospital EMANUAL

26. Approximate amount of medical costs incurred to date: 2

Form No. DAS-RM Standard form

# MULTNOMAH COUNTY


Multnomah
County

C/O CorVel Corporation,

PO Box 669

Chino, CA 91708

Fax#: 866-402-4409

E-Mail: Bob_Burton@CorVel.com

27. Is future treatment expected? Yes (No)    28. If yes, explain:

29. Do you have any prior injuries to the injured body part(s)? (Yes)    No    30. If yes, explain:

*HEALT CONDISTION*

31. Any other information you would like to provide us:

*I'm ASKING foR $250,000 foR INjuRIES AN*
*Bills (Hospital)*

Revised 03/16/16

Additional information:

**Per ORS 30.275, Risk Management must receive your claim within 180 days from the date of loss.**

I declare the foregoing is true and correct to the best of my knowledge.

Signature _____    Date _12-31-24_

Page 3 of 3

Form No. DAS-RM Standard form



January 7, 2025

Dennis J. Sanders, SWIS# 7122
Multnomah County Inverness Jail
11540 NE Inverness Dr.
Portland, OR 97220

RE:   AIC missing property note post alleged TCN
      Client:              Multnomah County
      County File#:        2024-00469
      Our Claim Number:    MU-25-300176-01
      Date of Incident:    10/23/2024

Dear Mr. Sanders:

This letter is in follow-up to your hand written notice reporting a previously filed Tort Claim Notice on or around October 23, 2024 that I never received.

I have confirmed the above missing property involved the Portland Police Bureau not Multnomah County Sheriff's Office.

Since my client has no jurisdiction over the operations of the PPB, I will be closing my file.

Sincerely,



Bob Burton, CPCU, ARM, ARM-P, AIC, SCLA
Senior Claim Specialist | (he/him/his)
CorVel Corporation | Portland, Oregon
PO Box 669 | Chino, CA  91708 **(USPS)**
3111 Camino Del Rio North, Suite 900 | San Diego, CA 92108 **(Certified, UPS, FedEx)**
T 503 501 5612 | F 866 402 4409 | C 503 593 8303
Bob_Burton@CorVel.com | www.corvel.com
California License# 2G51808

**CORVEL**

*This correspondence is sent by CorVel as the authorized Tort Claims Administrator for **Multnomah County who is a Self-Insured public entity in the state of Oregon**.*

**Intentionally providing false information in pursuit of insurance claims or claim payments is criminal. Please follow this link for your state specific information: https://www.corvel.com/state-legislation/claim-fraud-warnings/**

Fraud Disclaimer:
Any person who makes an intentional misstatement that is material to the risk may be found guilty of insurance fraud by a court of law

## CERTIFICATE OF SERVICE

CASE NAME: _Oregon_____ v. _Sanders_____

CASE NUMBER: (if known) _____

COMES NOW, _Dennis ~~Scott~~ Scunes Sanders_ , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _Columbia River Corrections_ .

That on the _23_ day of _September_, 20_25_, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

_____

_____

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
(Signature)

Print Name _Dennis Scunes Sanders_
S.I.D. No.: _5977152_

_____
_____
_____

Page 1 of 1 – Certificate of Service                     Form 03.015

# Affadavite

On April 19, 2024 @ 9:00 Am, I was on my way to pick up a friend around the corner. I then seen a handgun in the doorway of my apartment building which is (Joyce Apartments), I stepped back away from the Apartment Complex yelling gun because I seen kids playing around were the handgun was. At that time I looked down the street and seen 2 Officers standing outside thier cars so instead of calling 911 I thought it better to get the gun away from were the kids where playing and take the handgun down to the 2 Officers. I then picked up the handgun and put it in my rightside sweat pants pocket and started walking towards the Officers down the street yelling I found a gun. When I approched the 2 Officers after yelling gun the whole time as I was walking towards them they acted like they didn't hear me because they were so busy in conversation with one another so I had to wait until they were done talking. When they said, "what do you want"? At the same time they asked me could I put down my phone because I was listening to music on it. Then they turned to each other and they whispered to each other

PG. 1

Then Officer (M^cAbery#59217), said "wait there and shut up and don't say another word". Then officer (M^cAbery#59217), stood on my rightside. Then the Officer (LeCarno#57549), got into his patrol car for only a second. Then he came over to asisst Officer (M^cAbery#59217), and stood behind me on my leftside. Officer (LeCarno#57549), "then yelled to (Officer M^cAery#59217), 10-61"! At that time Officer (LeCarno#57549)and Officer (M^cAbery#59217), took me to the ground. At that time I asked the officers whats going on. I then heard multiple sirens comeing toward us. At that time officer (M^cAbery#59217), started to punch me in the eye, mouth and the side of my head. This happened multiple times by Officer (M^cAbery#59217), at the same time Officer (LeCarno#57549), was tazeing me and slamming my head into the ground because they said in their report that I was resisting arrest because I kept trying to get up. I kept trying to get up because they kept beating on me and not telling me what was going on or why they were beating me up. At the time I was trying to get up I was yelling at Officer (LeCarno#57549), to stop tazeing me because I have a bad heart, then Officer (LeCarno#57549), stopped tazeing me and grabed the strap on my

PG 2

Funny pack", that I had around my shoulder and neck and forcefully started pulling on it causeing it to choke me to the point of blacking out. At the same time officer, (McAbery #5921?), reached into the rightside pocket of my sweat pants and pulled out the hand gun throwing it to the side.

Officer (McAbery #5921?), then yelled gun at which time a third officer (Ensley #57579), then pulled my legs out from under me causeing me to drop to my stomach then Officer, (Ensley #57579), with the help of another officer started to drag me up the street to a patrol car. When we got there Officer, (Ensley 57579), and another officer started to repeatdly kick me before handcuffing me and putting me in the patrol car. This clearly police burtality. Under Artical 1; of the Oregon Constitution. Section 13; Clearly says, Treatment of arrested or confined person. No person arrested, or confined in jail, shall be treated with unnecessary rigor.

"Rigor!" Means the same saying a cruel or server act.

Exibit (1) as shown on a tow truck driver, (thumb drive Myron Wright 6236 SE. 136th
Portland, Or. 97211
Phone # (503) 449-7985)

PG.3

At that time Officer (LeCarno #57549) and (Officer McAbery #59217), asked me if thier was wrong with me and I again said "yes my heart is hurting from the teizeing). At that time they called for immediate medical response. When the Ambulance arrived the Officers told them that I was haveing heart problems. The medics then put me on a gurney and put me in the ambulance. The Peramedic automaticaly started takeing a "EKG" on my heart then he told the patrol Officer that I needed to get to the hospital. The Patrol Officer asked his supervisor if it was okay to go and his supervisor said go.

When we arrived at the hospital, (Good Sameratain), they took me straight to "ICU", and took blood and another "EKG". At that time I told the nurse that my neck, face and head hurt due to the police beating me. She then gave me oxycodeine for my injuries and a(IV), drip for my heart. Then they admitted me for four days due to my heart.

During the time I was in the hospital I was intergqated by 2 detectives. They asked me if I knew why I was under arrest? I told them no I don't know why I was under arrest or why I the police jumped me?

PG 4

Then they told me because they had
probable case due to you resisting
arrest. Then they asked me if I would
like to speak with them.
   I told them yes.
   They then asked me to explained to
them in my on words what happened.
I told them that all I can remeber is
one of the police officers yelling out
10-61 and then jumping me.
   The detective asked me what brought
me to the location.
   I told them that I was comeing
down to the corner to pick up a friend.
* (Please refer to the beging of the
affadavit pages 1-2), as I told the detectives
the same exact thing as the beging of
the affadavit says. At that the time
detective interrupted me before I was
done explaining what happened with
another question. The question she asked
me at that time was what was my
friends name?
   I told them her name was (Cassey).
Then the detective asked me, where did
I get the gun?
I told them in the doorway of an
apartment were I live.
   They then said why didn't you call
911?

PG 5

I told them because thier were Kids playing in the area where the gun was. I told them I was going to take it to my apartment manager like I do with other illegal things that I find around the apartment complex. But at the same time I seen 2 police officers standing outside thier cars so I thought better to just bring it to them.
*(I have a mental disability so I don't process stuff as fast and clearly as others.)

All I could think of at that time is that I wanted to keep the kids safe and away from the gun before they picked it up.

The detective then told me that by picking up the gun and not calling the police instead it could be considered another charge. Then the interview was over.

PG.6

Dated this **23** day of **SEPTEMBER**, 20**25**.

_____
(Signature)

Print Name: DENNIS JAMES SANDERS

State of Oregon

County of __Multnomah__

This instrument was acknowledged before me on __September 23__, 20**25**

by __Dennis James Sanders__.

_____
Notary Public - State of Oregon

My commission expires: __12/5/2028__

OFFICIAL STAMP
**SKYLER JUNE MCSHANE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 1064081
MY COMMISSION EXPIRES DECEMBER 05, 2028

PAGE # 7

Dennis J. Sanders #5977183
9111 N.E. Sunderland, Ave.
Portland, Oregon 97211

NEOPOST
10/24/2025
US POSTAGE $003.84°

FIRST-CLASS MAIL
IMI

ZIP 97211
041M11468313

PRIORITY
LEGAL

Mark O Hatfield US Courthouse

1000 S.W. Third Ave.

Portland, Oregon

97204